United States District Court
Southern District of Texas

**ENTERED**

May 17, 2022

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAURA RODRIGUEZ | § | |
| | § | |
| | § | CASE NO. 4:22-cv-01457 |
| v. | § | |
| | § | |
| | § | |
| UNITED STATES POSTAL SERVICE | § | |

## ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

On this date, the Court considered Plaintiff's Notice of Voluntary Dismissal with Prejudice as to the claims she asserts against Defendant. After reviewing the pleadings on file, the Court hereby GRANTS the Dismissal with Prejudice.

Signed this _____17th_____ day of __May_____, 2022.

_____
HONORABLE JUDGE PRESIDING